[No. 71444-9-I. Division One. March 9, 2015.]

MONTI DARNALL, *Respondent*, v. JEFF DALTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09322-2, Palmer Robinson, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 71580-1-I. Division One. March 9, 2015.]

*In the Matter of the Personal Restraint of* RAYMOND H. MOULTRIE, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 71713-8-I. Division One. March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON G. KEMPMA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00245-5, George N. Bowden, J., entered March 19, 2014. *Remanded with instructions* by unpublished per curiam opinion.

[Nos. 71745-6-I; 71746-4-I. Division One. March 9, 2015.]

*In the Matter of the Dependency of* N.S. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. NATHANIAL ST. CLAIR, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 13-7-11212-2, Hollis R. Hill, J., entered March 25, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Trickey, J.